ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
COLIN WOOD, State Bar No. 267539
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7779
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISHOP PAIUTE TRIBE, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, and the STATE OF CALIFORNIA,**<br><br>Defendants. | Case No. 1:20-cv-01318-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RENEWED MOTION TO SEAL**<br><br>Action Filed: September 15, 2020 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Frank Lawrence, attorney for plaintiff Bishop Paiute Tribe, a federally recognized Indian Tribe (Tribe), on the one hand, and Timothy M. Muscat, Deputy Attorney General, attorney for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, State Defendants), on the other hand, stipulate as follows:

Whereas, on June 15, 2021, State Defendants filed an Ex Parte Motion to File Portions of Documents Under Seal Pursuant to Local Rule 141 and for Leave to File Redacted Documents

1

Pursuant to Local Rule 140 (Motion);

Whereas, the Tribe supported sealing the information to protect the information's confidentiality;

Whereas, on June 17, 2021, the Court issued an order (Doc. 24) denying State Defendants' Motion without prejudice, with a deadline to file any renewed motion of no later than June 29, 2021;

Whereas, the counsel for the Tribe and State Defendants (collectively, the Parties) have discussed this matter and State Defendants plan to file a renewed Motion and the Tribe plans to file a joinder; and

Whereas, counsel for the Parties have worked diligently on a renewed Motion and joinder, however, due to the press of business, the parties do not anticipate being able to meet the Court's deadline to file a renewed Motion and joinder by June 29, 2021.

IT IS HEREBY STIPULATED and respectfully requested by the Parties that the Court grant leave for State Defendants' renewed Motion and any joinder by the Tribe to be filed on July 9, 2021.

///

///

///

Dated: June 25, 2021                     Respectfully submitted,


                                         By: /s/ Frank Lawrence (as authorized on 6/25/21)
                                             FRANK LAWRENCE
                                             LAW OFFICE OF FRANK LAWRENCE
                                             Attorneys for Plaintiff


Dated: June 25, 2021                     ROB BONTA
                                         Attorney General of California
                                         SARA J. DRAKE
                                         Senior Assistant Attorney General
                                         WILLIAM P. TORNGREN
                                         Supervising Deputy Attorney General
                                         COLIN WOOD
                                         Deputy Attorney General



                                         By:    /s/ Timothy Muscat
                                             TIMOTHY M. MUSCAT
                                             Attorneys for Defendants




**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:  June 30, 2021                    _____
                                         SENIOR DISTRICT JUDGE