# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISHOP PAIUTE TRIBE, a federally recognized Indian tribal government,**<br><br>**Plaintiff**<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, and the STATE OF CALIFORNIA,**<br><br>**Defendants** | **CASE NO. 1:20-CV-1318 AWI SKO**<br><br>**ORDER RE: JOINT REQUEST FOR JUDICIAL NOTICE**<br><br>(Doc. 16) |

The parties have filed a joint request for judicial notice of the record of negotiations (which total 10,013 pages) filed in Chicken Ranch Rancheria v. California, Civ. Case No. 19-0024. Doc. 16. They note that both cases arise out of the same tribal-state compact negotiations which were conducted jointly over an approximately five-year period and which involve the same documents. These records of negotiations are identical in the two cases. Judicial notice of those documents would save time and effort, avoiding duplication of effort in compiling and maintaining separate compilations documents.

The request for judicial notice is GRANTED.

IT IS SO ORDERED.

Dated:  March 31, 2022                              _____
                                                                          SENIOR DISTRICT JUDGE