# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISHOP PAIUTE TRIBE, a federally recognized Indian tribal government,**<br><br>**Plaintiff**<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, and the STATE OF CALIFORNIA,**<br><br>**Defendants** | **CASE NO. 1:20-CV-1318 AWI SKO**<br><br>**ORDER RE: MOTION TO FILE UNDER SEAL**<br><br>**(Doc. 45)** |

State Defendants have made a request to file under seal their reply brief to the motion for summary judgement. Doc. 45. A prior motion to seal the opening brief, statement of undisputed material fact, and certain declarations was granted. Doc. 41. The reply brief contains the exact same information that merited the sealing of the prior documents. Thus, the requested motion is GRANTED:

 1. The requested portions of the State Defendants' Reply Brief are sealed; and

 2. Leave is granted for State Defendants to file a properly redacted version of the Reply Brief.

IT IS SO ORDERED.

Dated: June 8, 2022

                                                                    _____
                                                                    SENIOR DISTRICT JUDGE