ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
LISA L. FREUND, State Bar No. 249174
NOEL A. FISCHER, State Bar No. 232553
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 738-9133
  Fax:  (619) 645-2271
  E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for Defendants*

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, State Bar No. 147531
ZEHAVA ZEVIT, State Bar No. 230600
  578 Sutton Way, No. 246
  Grass Valley, CA  95945
  Telephone:  (530) 362-8434
  E-mail:  Frank@FrankLawrence.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISHOP PAIUTE TRIBE, a federally recognized Indian tribal government,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, Governor of the State of California, and the STATE OF CALIFORNIA,**<br><br>Defendants. | 1:20-cv-01318-ADA-SKO<br><br>**JOINT STIPULATION FOR APPOINTMENT OF MEDIATOR SCOTT BALES; ORDER**<br><br>**(Doc. 61)** |

1   Frank Lawrence and Zehava Zevit, attorneys of record for plaintiff Bishop Paiute Tribe, a
2   federally recognized Indian Tribe (Plaintiff), on the one hand, and Noel A. Fischer and Lisa L.
3   Freund, Deputy Attorneys General, attorneys for defendants Governor Gavin Newsom, in his
4   official capacity as Governor of California, and the State of California (State) (collectively, State
5   Defendants) on the other hand, stipulate as follows:
6   Whereas, on September 15, 2020, Plaintiff filed its Complaint for Declaratory and
7   Injunctive Relief (Complaint) against the State Defendants seeking relief under the Indian
8   Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2710-2721.
9   Whereas, on January 26, 2023, the Court, based upon a stipulation by the Plaintiff and
10  State Defendants (Parties), granted summary judgment in Plaintiff's favor on the Complaint,
11  consistent with the Ninth Circuit's decision in *Chicken Ranch Rancheria of Me-Wuk Indians v.*
12  *California*, 42 F.4th 1024 (9th Cir. 2022), and the undisputed facts agreed upon by the parties.
13  (Doc. 54.)
14  Whereas, on January 26, 2023, the Court further ordered the Parties to proceed pursuant to
15  the remedial process set forth in 25 U.S.C. §§ 2710(d)(7)(B)(iii)-(vii).  (Doc. 54.)
16  Whereas, as part of the remedial process set forth in 25 U.S.C. §§ 2710(d)(7)(B)(iii)-(vii),
17  the Parties now jointly request this Court to appoint Scott Bales, retired Chief Justice of the
18  Arizona Supreme Court (Justice Bales), to serve as the Court-appointed mediator pursuant to 25
19  U.S.C. §§ 2710(d)(7)(B)(iv).  A copy of Justice Bales' Curriculum Vitae is attached hereto as
20  Exhibit A.
21  Whereas, Justice Bales' mediation service has advised the Parties that he is available to
22  accept this appointment by the Court.
23  ///
24  ///
25  ///
26
27
28

1   Whereas, if this Court appoints Justice Bales, the Parties will jointly advise him of the
2   appointment, prepare and submit to him joint instructions on his duties as a court-appointed
3   mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establish with his mediation service a
4   mutually acceptable time schedule for Justice Bales to complete the performance of his mediator
5   duties.
6   Therefore, the Parties respectfully request that this Court appoint Justice Bales as the
7   mediator in this case.

8   Dated:  October 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
LISA L. FREUND
Deputy Attorney General

*/s/ Noel A. Fischer*

NOEL A. FISCHER
Deputy Attorney General
*Attorneys for Defendants*

18  Dated:  October 3, 2023

Respectfully submitted,

LAW OFFICE OF FRANK LAWRENCE

*/s/ Frank Lawrence (as authorized on 10/3/23)*

Frank Lawrence
*Attorneys for Plaintiff*

3

**ORDER**

Pursuant to the joint stipulation by the Parties (Doc. 61), the Court appoints retired Arizona Supreme Court Chief Justice Scott Bales (Justice Bales) to serve as the mediator in this matter pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).

The parties are ordered to work cooperatively in jointly advising Justice Bales of his appointment, jointly preparing and submitting to him instructions on his duties as a court appointed mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establishing with his mediation service a mutually acceptable time schedule for Justice Bales to complete the performance of his mediator duties.

IT IS SO ORDERED.

Dated:   **October 4, 2023**              /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE