ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
Supervising Deputy Attorney General
LISA L. FREUND, State Bar No. 249174
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9133
 Fax:  (619) 645-2271
 E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for Defendants*
*Governor Gavin Newsom and State of California*

LAW OFFICE OF FRANK LAWRENCE
FRANK LAWRENCE, State Bar No. 147531
ZEHAVA ZEVIT, State Bar No. 230600
   111 Bank Street, No. 175
   Grass Valley, CA  95945
   Telephone:  (530) 362-8434
   E-mail:  Frank@FrankLawrence.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BISHOP PAIUTE TRIBE, a federally recognized Indian tribal government,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GAVIN NEWSOM, Governor of the State of California, and the STATE OF CALIFORNIA,**<br><br>　　　　　　　　　　Defendants. | 1:20-CV-01318-KES-SKO<br><br>**JOINT STATUS REPORT** |

1      Pursuant to the Court's July 15, 2024 Minute Order (ECF No. 68), Frank Lawrence and
2  Zehava Zevit, attorneys of record for plaintiff Bishop Paiute Tribe, a federally recognized Indian
3  Tribe (Plaintiff or Tribe), on the one hand, and Noel A. Fischer and Lisa L. Freund, Deputy
4  Attorneys General, attorneys for defendants Governor Gavin Newsom, in his official capacity as
5  Governor of California, and the State of California (State) (collectively, State Defendants) on the
6  other hand, hereby submit the following Joint Status Report.
7      On January 27, 2023, the Court entered its order pursuant to the parties' stipulation
8  granting Plaintiff's motion for summary judgment that the State Defendants failed to negotiate in
9  good faith concerning entry into a new class III gaming compact, and directing the parties to
10  commence remedial procedures prescribed by the Indian Gaming Regulatory Act, 25 U.S.C. §
11  2710(d)(7)(B)(iii)-(vii).  ECF No. 54.  On October 4, 2023, this Court entered its order pursuant
12  to the parties' stipulation to appoint Scott Bales, retired Chief Justice of the Arizona Supreme
13  Court (Mediator Bales), to serve as the Court-appointed mediator pursuant to 25 U.S.C. §§
14  2710(d)(7)(B)(iv).  ECF No. 62.
15      On April 29, 2024, Mediator Bales provided notification to the Secretary of the
16  Department of the Interior pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii) that the State did not
17  consent to the compact he selected pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  The parties now
18  await issuance of Secretarial Procedures from the Assistant Secretary of the Interior for Indian
19  Affairs, acting pursuant to 25 U.S.C. § 2710(d)(7)(B)(vii).  The parties believe that until the
20  Secretarial Procedures are issued, this case should remain on file and the Court should retain
21  jurisdiction.  The parties propose filing a joint status report within ten (10) days of the issuance of
22  Secretarial Procedures, which the Plaintiff anticipates will occur well before the end of calendar
23  year 2024.  The issuance of Secretarial Procedures will complete the remedial process prescribed
24  by the Indian Gaming Regulatory Act, 25 U.S.C. § 2710(d)(7)(B)(iii)-(vii).  At that time, the
25  parties anticipate jointly requesting that judgment be entered and the case be closed.
26
27
28

| | | |
|---|---|---|
| 1 | Dated: July 25, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | T. MICHELLE LAIRD<br>Senior Assistant Attorney General |
| 4 | | LISA L. FREUND<br>Deputy Attorney General |
| 5 | | |
| 6 | | /s/ Noel A. Fischer |
| 7 | | NOEL A. FISCHER<br>Supervising Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | | |
| 9 | Dated: July 25, 2024 | Respectfully submitted, |
| 10 | | LAW OFFICE OF FRANK LAWRENCE |
| 11 | | /s/ Frank Lawrence (Authorized 07/25/24) |
| 12 | | FRANK LAWRENCE<br>*Attorneys for Plaintiff* |

Case 1:20-cv-01318-KES-SKO   Document 69   Filed 07/25/24   Page 4 of 4

# CERTIFICATE OF SERVICE

Case Name:  ***Bishop Paiute Tribe v. State of California, et al.***

Case No  **1:20-cv-01318-ADA-SKO**

I hereby certify that on <u>July 25, 2024</u>, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 25, 2024</u>, at Sacramento, California.

| | |
|---|---|
| LUCINDA WITTE<br>Declarant | *Lucinda M. Witte*<br>Signature |

Joint Status Report (1:20-CV-01318-KES-SKO)